# Exhibit A

## Matthew Oscar Plaintiff vs. Noble Sales Co, Inc Defendant

**Broward County Case Number:** CACE21004754
**State Reporting Number:** 062021CA004754AXXXCE
**Court Type:** Civil
**Case Type:** Other - Discrimination Employment or Other
**Incident Date:** N/A
**Filing Date:** 03/05/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 14 Rodriguez, Carlos Augusto

---

**— Party(ies)**                                                                                      Total: 2

| Party Type | Party Name | ❷ Address | ❷ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Oscar, Matthew** | | ★ Nudel, David M<br>Retained<br>Bar ID: 1003678<br>Richard Celler Legal, P.A.<br>10368 W State Road 84<br>Suite 103<br>Davie, FL 33324-4242<br>**Status: Active**<br><br>Storch, Noah E<br>Retained<br>Bar ID: 85476<br>Richard Celler Legal, P.A<br>10368 West State Road 84<br>Suite 103<br>Davie, FL 33314<br>**Status: Active** |
| Defendant | **Noble Sales Co, Inc**<br><br>*Doing Business As*<br>**Nobble Supply & Logistics** | | ★ Brice, Thomas R<br>Retained<br>Bar ID: 18139<br>50 N Laura Street<br>3300 Bank Of America Tower<br>Jacksonville, FL 32202-0000<br>**Status: Active** |

## ─ Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

## ─ Event(s) & Document(s)

Total: 8

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 04/06/2021 | **Order Extending Time** | OF DEADLINE TO FILE RESPONSE TO COMPLAINT | 📄 | 2 |
| 03/29/2021 | **Motion for Extension of Time** | UNOPPOSED/TO EXTEHND DEADLINE TO FILE RESPONSE TO COMPLAINT Party: *Defendant* Noble Sales Co, Inc | 📄 | 3 |
| 03/12/2021 | **Summons Returned Served** | 3/09/2021 Party: *Defendant* Noble Sales Co, Inc | 📄 | 1 |
| 03/08/2021 | **Notice of Appearance** | and NOTICE OF DESIGNATION OF E-MAIL ADDRESSES Party: *Plaintiff* Oscar, Matthew | 📄 | 1 |
| 03/08/2021 | **Search for prior case performed per 2020-4-Civ-UFC-CO** | NONE | 📄 | 1 |
| 03/05/2021 | **Civil Cover Sheet** | Amount: $50,001.00 | 📄 | 3 |
| 03/05/2021 | **Complaint (eFiled)** | COMPLAINT & DEMAND FOR JURY TRIAL Party: *Plaintiff* Oscar, Matthew | 📄 | 6 |
| 03/05/2021 | **eSummons Issuance** | Party: *Defendant* Noble Sales Co, Inc | 📄 | 3 |

| — Hearing(s) | Total: 0 |
| --- | --- |

**There is no Disposition information available for this case.**

| — Related Case(s) | Total: 0 |
| --- | --- |

**There is no related case information available for this case.**

Case Number: CACE-21-004754 Division: 14

Filing # 122573400 E-Filed 03/05/2021 11:33:35 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>Matthew Oscar</u>
Plaintiff                                                                  Case # _____

                                                                              Judge  _____

vs.
<u>NOBLE SALES CO., INC.</u>
Defendant

**II.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☒ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.      TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/05/2021 11:33:32 AM.****

Case Number: CACE-21-004754 Division: 14

Filing # 122573400 E-Filed 03/05/2021 11:33:35 AM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

MATTHEW OSCAR,

           Plaintiff,

vs.

CASE NO.:

NOBLE SALES CO., INC. d/b/a
NOBLE SUPPLY & LOGISTICS,
a Foreign Profit Corporation,

           Defendant.

_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

Plaintiff, MATTHEW OSCAR ("Mr. Oscar" or "Plaintiff"), by and through the undersigned counsel, files this Complaint against Defendant, NOBLE SALES CO., INC. d/b/a NOBLE SUPPLY & LOGISTICS ("Noble" or "Defendant"), a foreign profit corporation, and states as follows:

1.      Plaintiff brings this action for violation of the Florida's Whistleblower Act, Section 448.102(3), Florida Statutes ("FWA"). Plaintiff is seeking damages including back pay, front pay, benefits, compensatory damages, declaratory and injunctive relief, his attorneys' fees and costs, and any other damages permitted by law.

## PARTIES

2.      Plaintiff is an adult individual who performed services for Defendant's company in Broward County, Florida.

3.      Defendant is a foreign profit corporation that operates and conducts business in Broward County, Florida, and is therefore, within the jurisdiction of this Court.

4.      At all times material hereto, Plaintiff was an "employee" within the meaning of

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/05/2021 11:33:32 AM.****

the FWA.

5.      At all times material hereto, Defendant was Plaintiff's "employer" within the meaning of the FWA.

6.      Defendant, at all times material to this Complaint, employed ten (10) or more employees, and is therefore a covered employee as defined by the FWA.

## JURISDICTION AND VENUE

7.      This is an action for damages exceeding $30,000.00, exclusive of attorneys' fees, interest, and costs.

8.      This Court has jurisdiction over Plaintiff's claims because, at all times material to this Complaint, Plaintiff worked for Defendant in Broward County, Florida, and for this reason venue is proper in this Court as well.

## STATEMENT OF FACTS

9.      Mr. Oscar worked for Noble as a Sales Account Manager from June 15, 2015, until his termination on October 7, 2020.

10.     During his time with Noble, Mr. Oscar was in good standing and had no history of attendance, tardiness, or disciplinary issues.

11.     On one occasion, during his time with Noble, Mr. Oscar received a company coin by Noble's CEO.

12.     On another occasion, during his time with Noble, Mr. Oscar was named Employee of the Month.

13.     Approximately on September 26, 2020, Mr. Oscar noticed that Noble, and one of its buyers, had committed a serious violation of law, specifically price fixing and bid rigging in violation of the Sherman Act. *See* 15 U.S. Code § 1.

14. Upon noticing the illegal actions, Mr. Oscar immediately notified Noble's Deanna Garrity, James DiPinto, and David Estrada of same.

15. That same day, Mr. Oscar objected to Noble that its actions violated, inter alia, the Sherman Act as well as various Defense Federal Acquisition Regulation Supplement ("DFARS") provisions and prohibitions, including those within Part 52, and the provisions of 48 C.F.R. Chapter 1. *See* 15 U.S. Code § 1. *See* 48 C.F.R. Chapter 1. *See also* 48 CFR Part 52.

16. Oscar made it clear to Noble that he refused to participate in its violations of law, or to stand by silently while it continued.

17. The foregoing objections and refusals constitute protected activity pursuant to Section 448.102(3), Florida Statutes.

18. Following his objections, Mr. Oscar noticed a significant negative change in Noble's demeanor towards him in the workplace.

19. Shortly after, within two (2) weeks, on October 7, 2020, Noble informed Mr. Oscar that it had decided to terminate his employment, effective immediately.

20. Noble terminated Mr. Oscar's employment in retaliation for his objections to, and refusal to participate in, Noble's various violations of law.

21. Specifically, Noble terminated Mr. Oscar for engaging in protected activity pursuant to the FWA.

22. Defendant does not have a legitimate, non-retaliatory reason for Plaintiff's termination.

23. Any reason provided for Plaintiff's termination by Defendant is a pretext and a cover up for illegal retaliation.

24. The temporal proximity between Plaintiff's objections to, and refusal to

participate in, Defendant's illegal conduct, or what Plaintiff reasonably believed to be illegal conduct, and his termination, is sufficiently close to create the necessary nexus between the events.

25.     In *Avery v. Wallace Lincoln–Mercury, LLC*, 118 So.3d 904, 916 (Fla. 4th DCA 2013), the Court made clear that it is unlawful to adversely affect an employee for engaging in the "protected conduct" of objecting to, or refusing to partake in, unlawful activity, or what the employee reasonably believes to be illegal conduct. *See id.* at 916 (To establish a violation of the FWA, an employee must establish that: (1) he objected to or refused to participate in an illegal activity, policy, or practice or what he reasonably believed to be an illegal activity, policy, or practice; (2) he suffered an adverse employment action; and (3) the adverse employment action was causally linked to his objection or refusal).

26.     Plaintiff was terminated in direct retaliation for reporting and objecting to Defendants' unlawful actions, or what he reasonably believed to be unlawful actions, in violation of Section 448.102 (3), Florida Statutes. *See Aery,* 118 So. 3d at 916.

27.     Plaintiff has been damaged as a result of Defendant's retaliation and termination of his employment.

28.     Plaintiff has retained the law firm of RICHARD CELLER LEGAL, P.A. to represent him in the litigation and has agreed to pay the firm a reasonable fee for its services.

## COUNT I
## FLORIDA'S PRIVATE WHISTLEBLOWER ACT – UNLAWFUL RETALIATION

29.     Plaintiff realleges and incorporates all allegations contained within Paragraphs 1-28 of the Complaint as if fully set forth herein.

30.     On October 7, 2020, Defendant illegally terminated Plaintiff from his employment in violation of Section 448.102(3), Florida Statutes.

31.     Plaintiff was retaliated against and terminated in violation of Section 448.102(3), Florida Statutes, for objecting to illegal activity, and refusing to participate in same, or what he reasonably believed to be illegal activity, being conducted by Defendant.

32.     Plaintiff objected to, and refused to participate in, a violation of a law, rule, or regulation, or what he reasonably believed to be a violation of a law, rule, or regulation, and was terminated as a direct result of same, which constitutes a violation of the FWA.

33.     As a result of Defendant's intentional, willful and unlawful actions, Plaintiff has suffered damages, including, but not limited to, lost wages, lost benefits, lost employment status, as well as humiliation, pain and suffering, and other monetary and non-monetary losses.

**WHEREFORE**, Plaintiff requests a judgment in his favor and against Defendant for his actual and compensatory damages, including, but not limited to, front pay, back pay, and emotional distress damages, as well as his costs and attorneys' fees, declaratory and injunctive relief, and such other and further relief as is deemed proper by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff further demands a jury trial on all issues so triable as of right.

Dated this 5th of March 2021.

Respectfully submitted,

/s/Noah E. Storch
Noah E. Storch, Esq.
Florida Bar No. 0085476
David M. Nudel, Esq.
Florida Bar No. 1003678

RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida 33314
Telephone:  (866) 344-9243
Facsimile: (954) 337-2771
E-mail: **noah@floridaovertimelawyer.com**
E-mail: **david@floridaovertimelawyer.com**

*Trial Counsel for Plaintiff*

Filing # 122682434 E-Filed 03/08/2021 02:25:26 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

MATTHEW OSCAR,

        Plaintiff,

vs.

NOBLE SALES CO., INC. d/b/a
NOBLE SUPPLY & LOGISTICS,
a Foreign Profit Corporation,

        Defendant.

                        /

CASE NO.: CACE-21-004754

**PLAINTIFF'S NOTICE OF APPEARANCE &
NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Notice is given that the Law Office of Richard Celler Legal, P.A., and attorney David M. Nudel, Esq. of the firm pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following primary and secondary e-mail addresses for e-mail service in the above referenced case:

        Primary E-mail: david@floridaovertimelawyer.com
        Primary E-mail: noah@floridaovertimelawyer.com
        Secondary E-mail: indira@floridaovertimelawyer.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of March 2021, I filed a true and correct copy of the foregoing via the E-filing Portal which serves all parties of record.

                          **/s/ David M. Nudel**
                          Noah E. Storch, Esq.
                          Florida Bar No. 0085476
                          David M. Nudel, Esq.
                          Florida Bar No. 1003678
                          RICHARD CELLER LEGAL, P.A.
                          10368 W. SR 84, Suite 103
                          Davie, Florida 33324
                          Telephone: (866) 344-9243
                          Facsimile:  (954) 337-2771
                          E-mail: noah@floridaovertimelawyer.com
                          Email: david@floridaovertimelawyer.com

                          *Counsel for Plaintiff*

Filing # 123031596 E-Filed 03/12/2021 03:52:08 PM

| **RETURN OF SERVICE** | Court Stamp Here |
|---|---|

| Court | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT<br>IN AND FOR BROWARD COUNTY, FLORIDA | |
|---|---|---|
| Plaintiff | **MATTHEW OSCAR** | Case #<br>**CACE-21-004754** |
| Defendant | **NOBLE SALES CO. INC. D/B/A NOBLE SUPPLY & LOGISTICS, A FOREIGN PROFIT CORPORATION** | Hearing Date |
| Person to be Served | **NOBLE SALES CO. INC. c/o INCORP. SERVICES INC., REGISTERED AGENT** | Came to Hand Date/Time<br>**3/09/2021        10:33 AM** |
| Manner of Service | **Corporate** | Service Date/Time<br>**3/09/2021        2:25 PM** |
| Documents | **SUMMONS;COMPLAINT AND DEMAND FOR JURY TRIAL** | Service Fee<br>**$55.00** |

On **3/09/2021** at:
**17888 67TH COURT NORTH, LOXAHATCHEE, FL 33470** I served **NOBLE SALES CO. INC. c/o INCORP. SERVICES INC., REGISTERED AGENT** by:

Leaving **1** copy(ies) of this process with **Emily W**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired white female approx. 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _Enil Cerrano_ | CPS - 2083 | 03/11/2021 |
|---|---|---|
| Enil Cerrano | Process Server ID | Date Executed |

Ref  Oscar, Matthew

 Richard Celler Legal P.A.
Tracking # 0066300121


*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/12/2021 03:52:07 PM.****

Filing # 123941542 E-Filed 03/29/2021 03:00:22 PM

IN THE CIRCUIT COURT, SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MATTHEW OSCAR,

      Plaintiff,

v.

                                        Case No.: CACE-21-004754

NOBLE SALES CO., INC. d/b/a                    Division:  14
NOBLE SUPPLY & LOGISTICS,
a Foreign Profit Corporation,

      Defendant.

_____

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT

Defendant, Noble Sales Co., Inc. d/b/a Noble Supply & Logistics, a Foreign Profit Corporation ("Noble"), by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.080, hereby moves to extend the deadline for filing a response to the Complaint through April 12, 2021.  In support, Defendant states as follows:

1.      On March 5, 2021, Plaintiff filed his Complaint.  Defendant was served on March 9, 2021.

2.      The current deadline for Defendant to file a response to the Complaint is March 29, 2021.

3.      Defendant is currently investigating Plaintiff's allegations and requires more time, up to and including April 12, 2021, in which to file a response to the Complaint.

143192902_1

4.      This Motion for Extension of Time is not made for the purpose of delay, will not prejudice either party, and is made in the interest only of seeking to avoid unnecessary fees, costs, and judicial resources.

5.      Counsel for Defendant certifies that he has conferred with Plaintiff's counsel, who does not oppose the relief requested herein.

<b><u>MEMORANDUM</u></b>

Rule 1.090 of the Florida Rules of Civil Procedure provides that the Court may grant extensions of time at any time in its discretion for good cause shown.  Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. *Id.* Defendant respectfully submits that good cause has been shown for an extension of time above.

WHEREFORE, for the foregoing reasons and authorities, Defendant respectfully requests that the Court grant the Motion and allow the Defendant up to and including April 12, 2021 to respond to the Complaint.

MCGUIREWOODS LLP


/s/ *Cameron G. Kynes*
Thomas R. Brice
Florida Bar No. 0018139
tbrice@mcguirewoods.com
Cameron G. Kynes
Florida Bar No. 0116711
ckynes@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202
Telephone: (904) 798-2629
Facsimile: (904) 360-6335

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2021, a true copy of the foregoing was served by E-Mail to the following:

Noah E. Storch, Esq.
David M. Nudel, Esq.
Richard Celler Legal, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida  33314
noah@floridaovertimelawyer.com
david@floridaovertimelawyer.com


/s/ *Cameron G. Kynes*
Attorney

3

143192902_1

Filing # 124395214 E-Filed 04/06/2021 12:35:52 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.  <u>CACE21004754</u>   DIVISION  <u>14</u>   JUDGE  <u>Carlos A Rodriguez</u>

**Matthew Oscar**

Plaintiff(s) / Petitioner(s)

v.

**Noble Sales Co, Inc**

Defendant(s) / Respondent(s)

_____/

**AGREED ORDER**

THIS MATTER having come before the Court on Defendant Noble Sales Co., Inc. d/b/a Noble Supply & Logistics' ("Defendant") Motion to Extend Deadline to File Response to Complaint, and the Court having considered the motion and been made aware of the agreement of counsel, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED as follows:

1.       Defendant shall have up to and including April 12, 2021 to respond to Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>04-06-2021</u>.

<u>CACE21004754 04-06-2021 10:00 AM</u>
Hon. Carlos A Rodriguez
**CIRCUIT JUDGE**
Electronically Signed by Carlos A Rodriguez

**Copies Furnished To:**
Cameron G Kynes , E-mail : lgray@mcguirewoods.com
Cameron G Kynes , E-mail : ckynes@mcguirewoods.com
Cameron G Kynes , E-mail : clambert@mcguirewoods.com
Cathie Lambert , E-mail : clambert@mcguirewoods.com
David Mark Nudel , E-mail : david@floridaovertimelawyer.com
David Mark Nudel , E-mail : indira@floridaovertimelawyer.com

CaseNo: CACE21004754
Page 2 of 2

Noah E. Storch , E-mail : indira@floridaovertimelawyer.com
Noah E. Storch , E-mail : noah@floridaovertimelawyer.com