UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MATTHEW OSCAR,

    Plaintiff,

v.                                    Case No.: 0:21-cv-60759-RAR

NOBLE SALES CO., INC. d/b/a
NOBLE SUPPLY & LOGISTICS,
A Foreign Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Matthew Oscar ("Plaintiff"), and Defendant Noble Sales Co., Inc. d/b/a Noble Supply & Logistics ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 16.4, hereby jointly give notice that all claims in this matter have been settled. The parties are in the process of finalizing settlement papers and anticipate filing a dismissal with prejudice pursuant to the terms of a confidential settlement agreement.

This the 22nd day of December, 2021.

| RICHARD CELLER LEGAL, P.A. | MCGUIREWOODS LLP |
|---|---|
| */s/ Noah E. Storch* | */s/ Cameron G. Kynes* |
| Noah E. Storch | Thomas R. Brice |
| FL Bar No. 0085476 | FL Bar No. 0018139 |
| noah@floridaovertimelawyer.com | tbrice@mcguirewoods.com |
| 10368 W. State Road 84, Suite 103 | Cameron G. Kynes |
| Davie, Florida 33314 | FL Bar No. 0116711 |
| Telephone: (866) 344-9243 | ckynes@mcguirewoods.com |
| Facsimile: (954) 337-2771 | 50 North Laura Street, Suite 3300 |
|  | Jacksonville, Florida 32202 |
| *Attorney for Plaintiff* | Telephone: (904) 798-2629 |
|  | Facsimile: (904) 360-6335 |

>Peter N. Farley (pro hac)
>pfarley@mcguirewoods.com
>1230 Peachtree Street, NE
>Promenade, Suite 2100
>Atlanta, Georgia 30309-3534
>Telephone: (404) 443-5724
>Facsimile: (404) 443-5773

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2021, the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

>Noah E. Storch, Esq.
>Richard Celler Legal, P.A.
>10368 W. State Road 84, Suite 103
>Davie, Florida  33314
>noah@floridaovertimelawyer.com

>  /s/ Cameron G. Kynes
>              Attorney