**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60759-RAR**

**MATTHEW OSCAR**,

    Plaintiff,

v.

**NOBLE SALES CO., INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 41], filed on January 21, 2022.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of January, 2022.

                                                      _____
                                                      **RODOLFO A. RUIZ II**
                                                      **UNITED STATES DISTRICT JUDGE**